FILED
John E. Triplett, Acting Clerk
United States District Court

By MGarcia at 3:03 pm, Aug 05, 2020

# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| RANDY EDWARDS, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:20-cv-54 |
| | * | |
| v. | * | |
| | * | |
| JEFF COLEMAN; EDWINA JOHNSON; TIMOTHY WARD; and GEORGIA DEPARTMENT OF CORRECTIONS, | * * * | |
| | * | |
| Defendants. | * | |

## O R D E R

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 8. Plaintiff filed Objections to this Report and Recommendation. Dkt. No. 11.

The Magistrate Judge issued a Report recommending the dismissal of Plaintiff's Complaint without prejudice because Plaintiff did not respond to the Court's directive to either pay the requisite filing fee or move to proceed *in forma pauperis*. Dkt. No. 8. Plaintiff's Objections are largely unresponsive to the Report and Recommendation. While he states he submitted a petition to proceed to this Court, dkt. no. 11, p. 3, this Court has not received this petition. Additionally, Plaintiff still

has not moved to proceed *in forma pauperis* or paid the filing fee, as directed. The Court **OVERRULES** Plaintiff's Objections.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES without prejudice** Plaintiff's Complaint for failure to follow this Court's directive, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Plaintiff *in forma pauperis* status on appeal.

However, the Court shall provide Plaintiff until September 30, 2020, to pay the filing fee. If Plaintiff does so, the Court will vacate its judgment and re-refer this matter to the Magistrate Judge. If Plaintiff does not pay the requisite filing fee on or before September 30, 2020, this judgment will remain the judgment of this Court, and this case will remain closed.

SO ORDERED, this ___5___ day of ___August___, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA