AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

FILED
John E. Triplett, Acting Clerk
United States District Court
By CAsbell at 1:50 pm, Aug 10, 2020

RANDY EDWARDS

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 5:20cv54

JEFF COLEMAN; EDWINA JOHNSON;
TIMOTHY WARD; AND GEORGIA
DEPARTMENT OF CORRECTIONS,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court dated August 5, 2020 adopting the Magistrate Judge's Report and Recommendations and dismissing without prejudice Plaintiff's Complaint; judgment is hereby entered. Further, Plaintiff is denied in forma pauperis status on appeal. This civil action stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE

Date: August 10, 2020

John Triplett, Acting Clerk of Court
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/1/03